# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. ROO, an individual, and MONICA ROO, an individual<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 23-cv-00637-AJB-AHG<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

　　The Court hereby grants Plaintiffs Michael D. Roo and Monica Roo, and Defendant Ford Motor Company's Joint Motion for Dismissal of All Claims With Prejudice.

　　GOOD CAUSE APPEARING, it is hereby ORDERED that: Plaintiffs' Complaint will be dismissed with prejudice.

　　**IT IS SO ORDERED**.

Dated:  March 15, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　United States District Judge